# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THERESA CHEMIN

VERSUS

MARIO ALVAREZ, PREMIER SOUTH
LLC AND HOUSTON SPECIALTY
INSURANCE COMPANY

NO.   2022 CW 1256

**MARCH 27,2023**

---

In Re:    Mario Alvarez and Houston Specialty Insurance Company,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 713824.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DISMISSED.**   The writ application is dismissed pursuant
to the Voluntary Motion to Dismiss Writ Application filed by
relators, Mario Alvarez and Houston Specialty Insurance Company,
advising that the parties have reached a settlement and relators
desire to dismiss their writ application.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_
_____
   DEPUTY CLERK OF COURT
      FOR THE COURT